# UNITED STATES DISTRICT COURT

## District of Minnesota

Segundo Eduardo Chicaiza Chasi

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00557-KMM-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Segundo Eduardo C.C.'s Petition for a Writ of Habeas Corpus [Dkt. 1] is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Segundo Eduardo C.C. The Court has been informed that Petitioner was transferred out of the District of Minnesota but is being returned to the District, in compliance with the Court's Order to Show Cause [Dkt. 7]. Therefore, the Court assumes that Segundo Eduardo C.C. will be promptly released **in Minnesota**.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Segundo Eduardo C.C. has not been returned as previously ordered, Respondents should immediately notify the Court of when he will be returned and released.

Date: 1/25/2026

KATE M. FOGARTY, CLERK